IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SONIA RUSSELL,<br><br>　　　　　　Petitioner,<br><br>　vs.<br><br>HUNG LE,<br><br>　　　　　　Respondent. | 8:24CV134<br><br>ORDER |

　　　　This matter comes before the Court on three motions filed by Plaintiff, Sonia Russell, proceeding pro se.

　　　　Plaintiff first requests that the Court "provide a Court-Appointed List of Attorneys." (Filing No. 12). The Court previously denied Plaintiff's request to appoint counsel, see Filing No. 9, and does not maintain a "Court-Appointed List of Attorneys" available to the public.  Persons in need of assistance from a lawyer may contact the Nebraska State Bar Association's lawyer referral service.  The service is at 635 South 14th Street, Suite 200, Lincoln, Nebraska 68508. The telephone number is (402) 475-7091 ext. 132, and the fax number is (402) 475-7098.  The Omaha Bar Association also has a Lawyer Referral Service, available by calling (402) 280-3603 or by submitting an online request, available at <https://www.omahalawyerreferral.com/>.

　　　　Plaintiff also asks for an extension of time "to find counsel," (Filing No. 13), and for an extension of time (Filing No. 14) to file a response to Defendant's motion to dismiss.  Plaintiff asks she be given a deadline of September 10, 2024, to obtain counsel and for an extension to October 1, 2024, to file a response to the motion to dismiss.  The Court has not required Plaintiff to obtain the services of counsel, but will accommodate her request to be provided additional time to find representation.  However, the Court finds Plaintiff has not demonstrated a need to extend her response deadline out as far as October 1, 2024.  Plaintiff commenced this action pro se on April 8, 2024, and Defendant filed his motion to dismiss on June 11, 2024.  Under the circumstances, the Court will provide Plaintiff an extension of time to September 10, 2024, to file a response to Defendant's motion to dismiss.  Plaintiff may find counsel in the interim, but is not required to do so.  Accordingly,

**IT IS ORDERED**:

1. Plaintiff's "Request for Court-Appointed List of Attorneys" (Filing No. 12) is denied.

2. Plaintiff's motion for an extension of time "to find counsel," (Filing No. 13), and for an extension of time (Filing No. 14) to file a response to Defendant's Motion to Dismiss are granted, in part. Plaintiff shall have an extension of time to **September 10, 2024,** to file a brief in opposition to Defendant's Motion to Dismiss (Filing No. 10). Plaintiff may, but is not required, to obtain counsel to represent her in this matter.

Dated this 8th day of July, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge